LR - Appendix I

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

ATC Healthcare Services, LLC )
)
) Case No. 1:23-cv-392
v. )
) Corporate Disclosure Statement
) in a Civil Case
Frontline Healthcare Staffing, LLC et al )
)

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any nongovernmental corporate party or any nongovernmental corporation that seeks to intervene in a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

    In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

    Frontline Healthcare Staffing, LLC

1.   Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
        \_\_\_\_\_ Yes     \_x\_ No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:


2.   Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? \_\_\_\_\_ Yes     \_x\_ No.

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

3.     Identify the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor on whose behalf this Corporate Disclosure Statement is being filed:

    [INFORMATION FILED UNDER SEAL]


| /s/ Michael J. Meyer | June 20, 2023 |
|---|---|
| (Signature of Counsel) | (Date) |


Last Revised: 12/1/22